# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **MARVIN FULFORD AND RENA FULFORD** | * | **CIVIL ACTION NO. 17-0389** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CLIMBTEK INC. AND MICHIGAN LADDER COMPANY, LLC** | * | **MAG. JUDGE KAREN L. HAYES** |

## REPORT AND RECOMMENDATION

Before the undersigned Magistrate Judge, on reference from the District Court, is a motion to dismiss [doc. # 8] filed by defendant Michigan Ladder Company, Inc. ("MLI"). The motion is unopposed.[1] For reasons explained below, it is recommended that the motion to dismiss be **GRANTED**.

MLI argues in support of its motion to dismiss is that the instant suit, *Marvin Fulford and Rena Fulford v. Climbtek Inc. and Michigan Ladder Company, LLC* (W.D. La.) is duplicative of an earlier filed case pending before the Middle District of Louisiana, *Marvin Fulford and Rena Fulford v. Climbtek, Inc.* (M.D. La.), which involves identical parties and the same cause of action. The undersigned has reviewed the filings in the instant suit as well as the suit pending in the Middle District of Louisiana and finds that the instant suit is duplicative.

For the foregoing reasons,

**IT IS RECOMMENDED** that the motion to dismiss [doc. # 8] filed by defendant Michigan Ladder Company, LLC be **GRANTED**, and that the instant complaint be dismissed, in its entirety, without prejudice to plaintiffs' prosecution of Civil Action Number 16-0016 pending

---

[1] The briefing deadline has lapsed, with no response from plaintiffs. Accordingly, the motion is deemed unopposed. (Notice of Motion Setting [doc. # 9]).

in the Middle District of Louisiana. *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993).

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed. R. Civ. P. 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 28th day of August 2017.

Karen L. Hayes
United States Magistrate Judge