# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **MARVIN FULFORD AND RENA FULFORD** | **CIVIL ACTION NO. 17-389** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CLIMBTEK, INC. AND MICHIGAN LADDER CO LCC** | **MAGISTRATE JUDGE HAYES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 11], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Michigan Ladder Company, LLC's Motion to Dismiss [Doc. No. 8], is GRANTED, and Plaintiffs' Complaint [Doc. No. 1-4] is DISMISSED WITHOUT PREJUDICE to Plaintiffs' prosecution of Civil Action No. 16-0016 pending in the Middle District of Louisiana.

MONROE, LOUISIANA this 15th day of September, 2017.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**